AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JW_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Leider OCHOA-Huerfano | ) | Case No.  **EP-25-M-03333-LE** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 4, 2025__ in the county of __El Paso__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
__June 11, 2025__ at __12:15 PM__ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Felix J. Castaneda, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/11/2025__

*Judge's signature*

City and state: __El Paso, Texas__   Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

Affidavit

On June 6, 2025, Immigration and Customs Enforcement, Office of Professional Responsibility, Senior Special Agent (SSA) Felix Castaneda was advised of an incident involving Leider OCHOA-Huerfano (hereinafter referred as OCHOA) that occurred on June 4, 2025, at the El Paso Hardened Facility (EPHF) in El Paso, Texas within the Western District of Texas. The EPHF is an Immigration and Customs Enforcement Federal Detention Facility. The following is a summary of the preliminary investigation.

On June 4, 2025, at approximately 0755 hours, OCHOA was banging on the window to POD 5. CDO R.L. responded to POD 5 and made contact with OCHOA. OCHOA indicated he was tired and wanted to go to the other POD to lay down. CDO R.L. advised OCHOA the other POD was being cleaned. CDO R.L. asked OCHOA to be patient and to stop banging on the window. OCHOA responded in a belligerent manner towards CDO R.L., causing the other detainees to begin screaming. CDO R.L. decided to close the door and at that point OCHOA kicked the door open.

CDO R.L. opened the door and entered the POD, commanding OCHOA to place his hands behinds his back. CDO R.L. attempted to remove OCHOA from the POD to isolate him and avoid a riot or greater threat. OCHOA failed to comply with commands given by CDO R.L., by continuing to walk away from him and clenching his fists. At some point OCHOA threatened to beat CDO R.L.

Due to OCHOA failing to comply with orders, CDO R.L. attempted to physically take control of OCHOA with the assistance of another CDO. OCHOA then began kicking and swinging his arms, which struck CDO R.L. on the right eye, and on the nose.

OCHOA assaulted CDO R.L. (who is a contract employee of the United States), while such CDO was engaged in or on account of the performance of his official duties.